FILED
2010 Feb-23  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ELIJAH RUSSELL,** ) | |
| ) | |
|   Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 09-S-471-E** |
| ) | |
| **DAVID J. WISE, WARDEN;** ) | |
| **ATTORNEY GENERAL FOR** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
|   Respondents. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on January 25, 2010, recommending that the petition for writ of habeas corpus be denied. On February 9, 2010, petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be, and hereby are, ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

DONE this 23rd day of February, 2010.



United States District Judge